Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-209

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Martini |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 08, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Fiona Stokes-Gilbert |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Fiona Stokes-Gilbert |
| | 6248 Goshen Street,, Simi Valley, CA, 93063, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568, |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 17, 2025 |
| **Applicant's Tracking Number:** | FS2025061704 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-455-181

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Margarita

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 08, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fiona Stokes-Gilbert
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Fiona Stokes-Gilbert
6248 Goshen Street,, Simi Valley, CA, 93063, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568,
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** June 17, 2025
**Applicant's Tracking Number:** FS2025061701

How to make a

# FABULOUS Classic

# MARGARITA

## INGREDIENTS:

1 ½ oz Tequila

½ oz Triple Sec

Fresh Lime garnish

Salt

## NEXT: PREPARATION

1. Pour all ingredients (except salt) into blender

2. Add ice Blend until smooth

3. Salt rim of a chilled glass

4. Pour blender mix into glass

## SALUD!

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-208

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
    **Title of Work:** Mojito

## Completion/Publication
    **Year of Completion:** 2015
    **Date of 1st Publication:** May 08, 2015
    **Nation of 1ˢᵗ Publication:** United States

## Author
    • **Author:** Fiona Stokes-Gilbert
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Fiona Stokes-Gilbert
    6248 Goshen Street,, Simi Valley, CA, 93063, United States

## Rights and Permissions
    **Organization Name:** Art Licensing International, Inc.
    **Name:** Jack Appelman
    **Address:** PO BOX 2568,
    Manchester Center, VT 5255 United States

## Certification
    **Name:** David Denholm
    **Date:** June 17, 2025
    **Applicant's Tracking Number:** FS2025061703

# HOW TO MAKE A



**Classic**



# MOJITO



**INGREDIENTS:**



2 tsp sugar



6-8 mint leaves



& Club SODA

one lime



2 oz Light Rum



## THEN:

**1.** Place sugar, mint and a little club soda into highball glass

**2.** Mix to Dissolve Sugar

**3.** Squeeze juice from limes into glass.... add rum and lime



Fill glass with ice cubes... Add Club Soda



# BOTTOMS UP!

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-155

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Cocktail Lounge

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 23, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fiona Stokes-Gilbert
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Fiona Stokes-Gilbert
6248 Goshen Street,, Simi Valley, CA, 93063, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568,
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** June 17, 2025
**Applicant's Tracking Number:** FS2025061705

